**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE KPN N.V., <br><br>       Plaintiff, <br><br>       v. <br><br>NEC CORPORATION and <br>NEC CORPORATION OF AMERICA, <br><br>       Defendants. | Case No. 17-cv-88-LPS <br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER TO DISMISS CASE**

    Plaintiff Koninklijke KPN N.V. and Defendants NEC Corporation and NEC Corporation of America hereby notify the Court that they have finalized an agreement to resolve the present dispute between them. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), and in accordance with the parties' agreement, the parties jointly request that the Court dismiss with prejudice all pending claims and defenses in this action with each side to bear its own costs and fees.

Dated: February 5, 2018

| | |
|---|---|
| | Respectfully submitted, |
| FARNAN LLP | ASHBY & GEDDES |
| */s/* Brian E. Farnan <br>Brian E. Farnan (#4089) <br>Michael J. Farnan (#5165) <br>919 North Market Street, 12th Floor <br>Wilmington, DE 19801 <br>(302) 777-0300 <br>jfarnan@farnanlaw.com <br>bfarnan@farnanlaw.com <br>mfarnan@farnanlaw.com <br><br>*Counsel for Plaintiff* | */s/ Steven J. Balick* <br>Steven J. Balick (#2114) <br>Andrew C. Mayo (#5207) <br>500 Delaware Avenue, 8th Floor <br>P.O. Box 1150 <br>Wilmington, DE 19899 <br>(302) 654-1888 <br>sbalick@ashby-geddes.com <br>amayo@ashby-geddes.com <br><br>*Attorneys for Defendants NEC Corporation and NEC Corporation of America* |

SO ORDERED this ___ day of _____, 2018.

                                                                                                                                                                                        _____
                                                                                                                                                                                       The Honorable Chief Judge Leonard P. Stark